WILLIAM COHN, Appellant, v. EUGENE C. MYRICK and ROLLAND D. RICE, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

WALLENSTEIN REALTY CORPORATION, Appellant, v. JOHN C. LEWIS, Respondent. — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.; Untermyer, J., dissents.

ADOLPH M. DEUTSCH and EMANUEL DEUTSCH, Doing Business, etc., Appellants, v. HOFFMAN PUBLICATIONS, INC., and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

EDGAR MAYER, Respondent, v. ARCHITECTURAL TILING COMPANY, INC., a New Jersey Corporation, Appellants, Impleaded with Another.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied, on the ground that there are triable issues. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of FRANK LILIEN and Others, Appellants, for a Mandamus Order against GEORGE U. HARVEY, President of the Borough of Queens in the City of New York and CHARLES W. BERRY, Comptroller of the City of New York, Respondents.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

ALVIN J. TUCK and ALVIN J. TUCK, JR., Respondents, v. BOYERTOWN BURIAL CASKET CO., Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of CITY BANK FARMERS TRUST COMPANY, Respondent, as General Guardian of the Estate of MARGARET B. ERIKSON, Contestant, Appellant.— Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

THE OLCOTT, INC., Landlord, Respondent, v. EUGENE KEPECS, Tenant, Appellant.— Determination unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

ANNE RITHOLTZ, Appellant, v. HARRY MISHKIN and Others, Respondents. (Appeals Nos. 1, 2, 3.) — Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

ANNE RITHOLTZ, Appellant, v. HARRY MISHKIN and Others, Respondents. (Appeal No. 4.) — Order granting defendants' motion for an examination before trial and for a bill of particulars unanimously affirmed. No opinion. The dates for the examination to proceed and for the service of the bill of particulars to be fixed in the order. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of UNITED STATES TRUST COMPANY OF NEW YORK, as Trustee Under the Will of CLINTON W. BIRD, Deceased. WALLIS C. BIRD, Appellant, UNITED STATES